IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

| | |
|---|---|
| Courtroom Deputy: Bernique Abiakam<br>Court Reporter: Tracy Weir | November 2, 2010 |

Civil Action No. 10-cv-01023-WDM-KLM

| Parties: | Counsel: |
|---|---|
| SKYTECH, INC., a Maryland Corporation, | William White |
| Plaintiff, | |
| v. | |
| 1054 PC-12, LLC, a Virginia Limited Liability Company, | No appearance |
| Defendant. | |

## COURTROOM MINUTES

Motions Hearing

**2:02 p.m.     Court in session.**

Court calls case.  Appearance of Plaintiff's counsel.  No appearance by Defendant.

Court's preliminary statement.

Statement by Mr. White.

**ORDERED:**  Motion For Entry Of Default Judgment (Doc. No. 9; Filed 8/25/10) is GRANTED, as specified.

**2:11 p.m.     Court in recess.**
Hearing concluded.
Time:  00:09